**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL LEE GOLDSTEIN, | ) | No. C 11-03524 EJD (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| GREG MUNKS, et al., | ) | |
| Defendants. | ) | |

It is stipulated that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with prejudice as to all Defendants. (See Docket No. 19.) This action is DISMISSED with prejudice with each party to bear its own costs and attorney's fees.

The Clerk shall terminate all pending motions as moot.

DATED: 11/8/2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
03524Goldstein_stip-dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

        Plaintiff,

  v.

GREG MUNKS, et al.,

        Defendants.

                                            /

Case Number: CV11-03524 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/14/2011 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
CSP Solano
2100 Peabody Road
P.O.Box 4000
Vacaville, CA 95696

Dated:   11/14/2011

                                      Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk