IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL LEE GOLDSTEIN, | ) | No. C 11-03524 EJD (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| GREG MUNKS, et al., | ) | |
| Defendants. | ) | |

    It is stipulated that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with prejudice as to all Defendants. (<u>See</u> Docket No. 19.) This action is DISMISSED with prejudice with each party to bear its own costs and attorney's fees.

    The Clerk shall terminate all pending motions as moot.

DATED: 11/8/2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
03524Goldstein_stip-dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

        Plaintiff,

  v.

GREG MUNKS, et al.,

        Defendants.

Case Number: CV11-03524 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/14/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
CSP Solano
2100 Peabody Road
P.O.Box 4000
Vacaville, CA 95696

Dated: 11/14/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk